**MINUTE ENTRY**
**June 8, 2023**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| THERESA D. THOMAS, ET AL. | CIVIL ACTION NO. 65-11314 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SCHOOL BOARD ST. MARTIN PARISH | |

The upcoming June 14, 2023 submission referenced in Record Document 685 shall include expert opinion on the effect of the new attendance zones if M-to-M transfers are no longer available. In other words, the submissions should supply information regarding the racial identifiability of the schools after the discontinuation of M-to-M transfers under the parties' agreed-upon attendance zone proposals. The Court understands that such information would be hypothetical based on current enrollment and M-to-M transfer numbers.

**IT IS SO ORDERED.**

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE