WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **THERESA D. THOMAS, et al.,** | * | |
| *Plaintiffs* | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| *Plaintiff-Intervenor* | * | **CIVIL ACTION NO. 6:65-cv-11314** |
| | * | |
| vs. | * | |
| | * | |
| **ST. MARTIN PARISH SCHOOL** | * | **JUDGE ELIZABETH E. FOOTE** |
| **BOARD, et al.,** | * | |
| *Defendants* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR APPROVAL AND ENTRY OF REVISED CONSENT ORDER REGARDING ST. MARTINVILLE ZONE MAGNET AND
<u>DISTRICT-WIDE TRANSFER PROGRAMS</u>**

**COME NOW,** through undersigned counsel, Plaintiffs, Plaintiff-Intervenor United States of America, and Defendant St. Martin Parish School Board (hereinafter "Parties") and respectfully move this Court to approve and enter the revised Consent Order Regarding St. Martinville Zone Magnet and District-Wide Transfer Programs ("Consent Order"), revised on June 9, 2023, which is submitted with this Joint Motion as the proposed order. In support of this request, the Parties would show that, since its original submission on May 12, 2023, the Parties and the Court have had three status conferences to discuss revising the Consent Order's language and the Parties have discussed various proposed revisions.

On June 7, 2023, the Parties and the Court held two such status conferences to discuss revised language of the proposed Consent Order, including language the School Board and Plaintiffs negotiated, and the Court's suggested revisions to same. That same day, the School Board voted to approve settlement of the revised terms.

1

Accordingly, the Parties have reached agreement as to the revised terms set forth in the proposed Consent Order. In addition to the revised language, the Parties have agreed with the Court's suggestion to sever Sections II(J) and II(K) so they may be issued in a separate order.[1] The Parties would submit that the terms of the proposed Consent Order address the Court's prior order regarding the magnet program and student transfers, and that such terms are consistent with the Fourteenth Amendment to the United States Constitution and other applicable federal law, and that such entry will further the orderly desegregation of the District.

**THEREFORE, PREMISES CONSIDERED**, the Parties respectfully request the Court to approve and enter the revised proposed Consent Order Regarding St. Martinville Zone Magnet and District-Wide Transfer Programs.

**RESPECTFULLY SUBMITTED**, this the 9th day of June 2023.

**For Plaintiffs:**

/s/ Victor Jones
Victor Jones
Deuel Ross
R. Gary Spencer
Joseph Wong
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
T: (202) 682-1300
dross@naacpldf.org

Kevin E. Jason
Katrina Feldkamp
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Fl.
New York, NY 10006
T: 212-965-2200
F: 212-226-7592
kjason@naacpldf.org
kfeldkamp@naacpldf.org

/s/ Gideon T. Carter, III
Gideon T. Carter, III
Bar Roll Number 14136
P.O. Box 80264
4962 Florida Blvd FL4 (70806-4031)
Baton Rouge, LA 70898-0264
T: (225) 214-1546
F: (225) 341-8874
gideontcarter3d@gmail.com

---

[1] Minute Entry, R. Doc. 679 at 2.

**For Plaintiff-Intervenor,
UNITED STATES OF AMERICA**

KRISTEN CLARKE
Assistant Attorney General

/s/ Christopher S. Awad
SHAHEENA A. SIMONS
FRANZ R. MARSHALL
CHRISTOPHER S. AWAD
MEGAN ABBOT
Educational Opportunities Section
U.S. Dept. of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

BRANDON BONAPARTE BROWN
United States Attorney
For the Western District of Louisiana

/s/ Allison Reppond
ALLISON REPPOND (TX#24085733)
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3614

**For Defendant,
ST. MARTIN PARISH SCHOOL BOARD**

**HAMMONDS, SILLS, ADKINS, GUICE, NOAH
    & PERKINS, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone (225) 923-3462
Facsimile (225) 923-0315

/s/ *John Blanchard*
**Robert L. Hammonds**
Louisiana Bar No. 6484
**Pamela Wescovich Dill**
Louisiana Bar No. 31703
**John Richard Blanchard**
Louisiana Bar No. 37036
**Timothy J. Riveria**
Louisiana Bar No. 39585