# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

---

| | |
|---|---|
| THERESA D. THOMAS, ET AL. | CIVIL ACTION NO. 65-11314 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ST. MARTIN PARISH SCHOOL BOARD | |

---

## MEMORANDUM ORDER

The United States of America ("United States") filed a motion to remove its designation as an intervenor in the above captioned matter, terminate its *amicus curiae* participation, and permit enrolled counsel to withdraw from the case. *See* Record Document 954. Therein, the United States notes that it never filed a complaint of intervention, and it cannot locate any order by this Court designating the United States as an intervening party in the case. *See* Record Document 954-1 at 1-2. Rather, the United States maintains it was allowed to enter the case in 1965 as *amicus curiae*, with the right to participate in the proceedings. *See id.*

The United States attached to its motion a copy of the Court's order dated September 9, 1965. *See* Record Document 954-2. In that order the Court appointed and designated the United States as *amicus curiae*, stating in relevant part:

> [T]his Court is of the opinion that the maintenance and preservation of the due administration of justice and the integrity of the judicial process requires that the public interest be represented in these proceedings. To this end, this Court is of the opinion that it is now appropriate and necessary that the United States should be designated to appear and participate in this action before this Court and to accord this Court the benefit of its views, and recommendations . . . .

> In accordance with the foregoing and for good cause, it is the order, judgment and decree of this Court that the United States of America be and is hereby designated to appear and participate in this action before this Court as amicus curiae, with the right as such to submit pleadings, evidence, arguments and briefs, to move for injunctive and other necessary and proper relief, and to initiate such further proceedings as may be necessary and appropriate.

*Id.* at 1-2.

The Defendant, St. Martin Parish School Board, declined to take a position on the United States' motion. *See* Record Document 962. The Plaintiffs likewise declined to take a position as to whether the Court should grant the motion but noted that Plaintiffs' counsel is prepared to fully represent the interests of the class if the United States is allowed to withdraw. *See* Record Document 961. However, the Plaintiffs suggest that the United States is properly characterized as an intervenor in this matter, noting that the United States was added as an intervenor when this litigation was before the Fifth Circuit. *See id.* at 1-2 (citing Mot. to Add United States to Docket and Case Caption as Intervenor-Appellee, *Borel v. Sch. Bd. St. Martin Par.*, No. 21-30514 (5th Cir. Jan. 25, 2022), ECF No. 69). Plaintiffs also note the United States has been a full participant in this litigation, including as a signatory to the 2016 Superseding Consent Order. *See* Record Document 961 at 1.

In response, the United States maintains that it only sought intervenor status and was granted such status in the Fifth Circuit proceeding, not in District Court. *See* Record Document 964 at 2 (citing Order, *Borel v. Sch. Bd. St. Martin Par.*, No. 21-30514 (5th Cir. Jan. 27, 2022), ECF No. 75). Thus, the United States maintains it was never formally granted intervenor status by this Court, and therefore, is properly considered *amicus*

*curiae* in the proceedings such that a dismissal of the Court is not required. *See* Record Document 964 at 2.

The Court notes for the record that at the time the United States sought to be added as an intervenor in the Fifth Circuit proceeding it represented that it was a party to the underlying case. Specifically, the United States' brief to the Fifth Circuit states: "The United States, as plaintiff-intervenor, is a signatory to the 2016 Superseding Consent Order at issue in this case . . . and fully participated in the proceedings below that resulted in the district court order from which the defendant-appellant has appealed . . . ." Mot. to Add United States to Docket and Case Caption as Intervenor-Appellee, *Borel v. Sch. Bd. St. Martin Par.*, No. 21-30514 (5th Cir. Jan. 25, 2022), ECF No. 69 at 2.

The record reflects that the United States believed it had become an intervenor in this matter at some point during the history of this case. It has acted in that capacity in these proceedings, and it has offered no objection to its characterization as such until the instant motion was filed. However, regardless of the official stature of the United States in these proceedings, whether as an intervenor or *amicus curiae*, if the United States no longer wishes to participate, the Court will not require its presence.

Accordingly, the United States' motion [Record Document 954] is hereby **GRANTED**. The Clerk of Court is instructed to terminate the United States as a party and counsel Karen J. King and James Eichner are withdrawn.

**THUS DONE AND SIGNED**, this 6th day of February, 2026.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE

3